| State of Alabama<br>Unified Judicial System<br>Form SM-1 (front)   Rev.3/95 | STATEMENT OF CLAIM<br>(Complaint)<br>General | Case<br>50-S | ELECTRONICALLY FILED<br>7/20/2010 9:05 AM<br>SM-2010-900201.00<br>CIRCUIT COURT OF<br>MARSHALL COUNTY, ALABAMA<br>CHERYL PIERCE, CLERK |

FILED 2011 Sep-13 AM 11:18 U.S. DISTRICT COURT N.D. OF ALABAMA

IN THE SMALL CLAIMS COURT OF   MARSHALL  , ALABAMA
*(Name of County)*

MIDLAND FUNDING LLC                    v.    THOMAS JOHNSON
        Plaintiff                                    Defendant

Plaintiff's Home Address

MIDLAND FUNDING LLC
C/O HOLLOWAY & MOXLEY, LLP
P.O. BOX 4953
MONTGOMERY, AL 36103

Defendant's Home Address

THOMAS JOHNSON
[redacted]

Plaintiff's Attorney's Address

RICHARD GWIN MOXLEY III
P.O. BOX 4953
MONTGOMERY, AL 36103

NOTICE TO EACH DEFENDANT - READ CAREFULLY

YOU ARE BEING SUED IN THE SMALL CLAIMS COURT BY THE PLAINTIFF(S) SHOWN ABOVE. THE JUDGE HAS NOT YET MADE ANY DECISION IN THIS CASE, AND YOU HAVE THE RIGHT TO A TRIAL TO TELL YOUR SIDE.

HOWEVER, IF YOU, OR YOUR LAWYER, FAIL TO FILL OUT THE ENCLOSED ANSWER FORM AND DELIVER OR MAIL IT TO THE CLERK AT THE ADDRESS SHOWN BELOW, SO THAT IT WILL GET TO THE CLERK'S OFFICE WITHIN FOURTEEN (14) DAYS AFTER YOU RECEIVE THESE PAPERS, A JUDGMENT CAN BE TAKEN AGAINST YOU FOR THE MONEY OR PROPERTY DEMANDED IN THE FOLLOWING COMPLAINT, ONCE A JUDGMENT HAS BEEN ENTERED AGAINST YOU, YOUR PAYCHECK CAN BE GARNISHED AND/OR YOUR HOME OR PROPERTY SOLD TO SATISFY THAT JUDGMENT.

COMPLAINT

1. I claim the defendant owes the plaintiff the sum of $  1371.26  because:

   I. DEFENDANT OWES PLAINTIFF $1371.26 DUE ON ACCOUNT STATED BETWEEN THE PLAINTIFF AND THE DEFENDANT.

2. Plaintiff also claims from the defendant court costs in the sum of $  49.00  (see note below, plus $_____ for interest and $_____ for lawyers' fees (only if plaintiff is represented by a licensed, practicing attorney and if the contract or note you signed so provides.)

NOTE: The total amount of court costs may be more than this amount when the case is finally settled. The clerk will inform you of any additional costs at the close of the case.

CLERK'S ADDRESS:

CHERYL PIERCE
133 SOUTH EMMETT STREET
ALBERTVILLE, AL 35950

Clerk's Phone No. 256-878-4515

/s RICHARD GWIN MOXLEY III
Plaintiff or Plaintiff's Attorney (Signature)

Attorney Code   MOX001

(334) 834-9689
Plaintiff or Plaintiff's Attorney's Phone Number

Date of Filing   07/20/2010

*(See instructions on the Back)*

**Exhibit A**

Case 4:11-cv-03285-KOB   Document 1-1   Filed 09/12/11   Page 2 of 6

ELECTRONICALLY FILED
10/22/2010 10:29 AM
SM-2010-900201.00
CIRCUIT COURT OF
MARSHALL COUNTY, ALABAMA
CHERYL PIERCE, CLERK

APPLICATION, AFFIDAVIT, AND ENTRY OF

IN THE SMALL CLAIMS COURT OF MARSHALL COUNTY

MIDLAND Funding, LLC     V. THOMAS JOHNSON

I, AFFIANT, REQUEST THAT THE _X_ CLERK OF COURT; OR _X_ JUDGE ENTER A DEFAULT JUDGEMENT AGAINST THE DEFENDANT THOMAS JOHNSON IN THE ABOVE CASE FOR THE DEFENDANT(S)' FAILING TO PLEAD, ANSWER, OR OTHERWISE DEFEND.
                    Signed _____

The affiant, being duly sworn, states as follows:
1. That the affiant has personal knowledge of the facts set forth in this affidavit.
2. That the defendant was served with a summons and a copy of the Statement of Claim/Complaint on 09/14/10.
3. That more than 14 days have elapsed since the defendant was served with a summons and a copy of the Statement of Claim/Complaint.
4. That the defendant has failed to answer or otherwise defend against the plaintiff's claim/complaint.
5. That this affidavit is executed by the affiant in accordance with Rule 55(a) of the Alabama Rules of Civil Procedure, for the purpose of enabling the plaintiff to obtain an entry of default against the defendant, for the defendant's failing to answer or otherwise defend against the plaintiff's claim/complaint.
6. That the defendant is not an infant or an incompetent person, and there has been no violation of the provisions of Chapter 19, Title 5, Code of Alabama 1975.
7. Judgment conditions: ___ with X without waiver of exemptions.
8. That the money claimed by the defendant to the plaintiff is
THE SUM OF    $1371.26
which is to be determined as follows:
Principal     $1371.26
Interest      $ 0.00
Attorney fee $0.00
9. That the defendant ___ is _✓_ is not in the military service.
10. The affiant requests entry of default: _X_ by the Court
                                           _X_ by the Clerk/Register

Sworn to and Subscribed Before Me This
__ DAY OF _____, 20 10.      Affiant _____

_____   _____
Officer's Signature      Date Expires


Entry of default entered against the defendant_____

Date:_____
                                        _____
                                        Judge/Clerk/Register

Default Judgment is hereby rendered against the Defendant in the amount of $_____ plus court costs.

Date:_____
                                        _____
                                        Judge/Clerk/Register


129733                      **Exhibit B**

APPLICATION, AFFIDAVIT, AND ENTRY OF

2010 10:29 AM
SM-2010-900201.00
CIRCUIT COURT OF
MARSHALL COUNTY, ALABAMA
CHERYL PIERCE, CLERK

IN THE SMALL CLAIMS COURT OF MARSHALL COUNTY

MIDLAND Funding, LLC       V. THOMAS JOHNSON

I, AFFIANT, REQUEST THAT THE __X__ CLERK OF COURT; OR __X__ JUDGE ENTER A DEFAULT JUDGEMENT AGAINST THE DEFENDANT THOMAS JOHNSON IN THE ABOVE CASE FOR THE DEFENDANT(S)' FAILING TO PLEAD, ANSWER, OR OTHERWISE DEFEND.
Signed _____

The affiant, being duly sworn, states as follows:
1. That the affiant has personal knowledge of the facts set forth in this affidavit.
2. That the defendant was served with a summons and a copy of the Statement of Claim/Complaint on 09/14/10.
3. That more than 14 days have elapsed since the defendant was served with a summons and a copy of the Statement of Claim/Complaint.
4. That the defendant has failed to answer or otherwise defend against the plaintiff's claim/complaint.
5. That this affidavit is executed by the affiant in accordance with Rule 55(a) of the Alabama Rules of Civil Procedure, for the purpose of enabling the plaintiff to obtain an entry of default against the defendant, for the defendant's failing to answer or otherwise defend against the plaintiff's claim/complaint.
6. That the defendant is not an infant or an incompetent person, and there has been no violation of the provisions of Chapter 19, Title 5, Code of Alabama 1975.
7. Judgment conditions: ___ with X without waiver of exemptions.
8. That the money claimed by the defendant to the plaintiff is
THE SUM OF    $1371.26
which is to be determined as follows:
Principal    $1371.26
Interest     $ 0.00
Attorney fee $0.00
9. That the defendant ___ is __✓__ is not in the military service.
10. The affiant requests entry of default: _X_ by the Court
                                          _X_ by the Clerk/Register

Sworn to and Subscribed Before Me This
___ DAY OF _____, 20__.    Affiant _____

_____    12/09/12
Officer's Signature   Date Expires

Entry of default entered against the defendant _Thomas Johnson_
Date: 10/29/10
                                          _Cheryl Pierce_
                                          ~~Judge~~/Clerk/Register

Default Judgment is hereby rendered against the Defendant in the amount of $_____ plus court costs.

Date: _____                          _____
                                          Judge/Clerk/Register

129733

**Exhibit C**

MIDLAND FUNDING LLC,

   Plaintiff

-vs-                               AFFIDAVIT OF ASHLEY HOFFMAN

THOMAS JOHNSON,

   Defendant(s).

---

     Ashley Hoffman, whose business address is 16 McLeland Rd Suite101, St. Cloud, MN 56303, certifies and says:

1.    I am employed as a Legal Specialist and have access to pertinent account records for Midland Credit Management, Inc. ("MCM"), servicer of this account on behalf of plaintiff. I am a competent person over eighteen years of age, and make the statements herein based upon personal knowledge of those account records maintained on plaintiff's behalf. Plaintiff is the current owner of, and/or successor to, the obligation sued upon, and was assigned all the rights, title and interest to defendant's HSBC BANK NEVADA,N.A. account 4269320000946004 (MCM Number 8533033380) (hereinafter "the account"). I have access to and have reviewed the records pertaining to the account and am authorized to make this affidavit on plaintiff's behalf.

2.    I am familiar with the manner and method by which MCM creates and maintains its business records pertaining to this account. The records are kept in the regular course of business. It was in the regular course of business for a person with knowledge of the act or event recorded to make the record or data compilation, or for a person with knowledge to transmit information thereof to be included in such record. In the regular course of business, the record or compilation is made at or near the time of the act or event. The relevant financial information concerning the account includes the following:

3.    The account shows that the defendant(s) owed a balance of $1371.26; and I am advised that such balance will continue to accrue interest at the rate set forth in the cardholder agreement/original contract and/or as required by law, until judgment is entered herein, after

---

AFFIDAVIT OF ASHLEY HOFFMAN - 1


8533033380


AFFRECORD


129733

**Exhibit D**

which interest on the unpaid balance shall accrue as required by law and as set forth within the terms of the judgment.

4. If called to testify as a witness thereon, I could and would competently testify as to all the facts stated herein.

I certify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

JUN 3 0 2010

_____
Date

_____
Ashley Hoffman

STATE OF MINNESOTA

COUNTY OF STEARNS        JUN 3 0 2010

Signed and sworn to (or affirmed) before me on _____ by Ashley Hoffman.


DARLA GENZ
Notary Public-Minnesota
My Commission Expires Jan. 31, 2013

_____
Notary Public

My commission expires:_____

AL4
Holloway & Moxley, LLP

AFFIDAVIT OF ASHLEY HOFFMAN - 2


8533033380


AFFRECORD


129733

**Exhibit D**

**BRENT V. MIDLAND**
**CLAIM FORM**



MCM06488987

1. **Claimant Information:** Must complete the following and sign below:

   Thomas F. Johnson
   Print Full Name                                      Phone Number

   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   Address           City            State    ZIP

2. **Election to Participate:** Check <u>one</u> of the elections related to this lawsuit:

   ____ I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me; so I should be eligible for a benefit from the settlement.

   _X_ I do <u>not</u> want to be included in the class.

   _Thom. F. Johnson_                    5-25-2011
   Claimant Signature                    Date

   002B042649*18099-01

Exhibit E